An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ARMANDO BENAVIDES CORTINAS, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64139

**FILED**

APR 10 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a motion to modify or correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

In his motion filed on August 22, 2013, appellant claimed that there was insufficient evidence for imposition of the deadly weapon enhancement. Appellant's claim fell outside the narrow scope of claims permissible in a motion to modify or correct an illegal sentence. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Therefore, without considering the merits of any of the claims raised in the motion,

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-11390

we conclude that the district court did not err in denying the motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc: Hon. Carolyn Ellsworth, District Judge
Armando Benavides Cortinas, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk